```
                          United States Bankruptcy Court
                                District of Nevada
In re:                                                          Case No. 16-50676-btb
GAIL A. ALTHOUSE                                                Chapter 13
      Debtor
                            CERTIFICATE OF NOTICE
District/off: 0978-3           User: admin                 Page 1 of 2         Date Rcvd: Mar 31, 2017
                               Form ID: adindsm            Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 02, 2017.
db             +GAIL A. ALTHOUSE,    741 CANARY CIRCLE,    FERNLEY, NV 89408-7589
ust            +JARED A DAY,    OFFICE OF THE U.S. TRUSTEE,    300 BOOTH STREET, #3009,    RENO, NV 89509-1362
ust            +UNITED STATES TRUSTEE DANIEL M. MCDERMOTT,    United States Federal Courthouse,
                 111 7th Avenue SE, Box 17,    Cedar Rapids, IA 52401-2103
9805889        +BENNETT MEDICAL SERVICES,    P.O. BOX 10927,    RENO, NV 89510-0927
9805892        +CLARK COUNTY COLLECTION,    8860 W. SUNSET RD. #100,    LAS VEGAS, NV 89148-4899
9805893        +CMRE FINANCE,    3075 E. IMPERIAL HIGHWAY STE 200,    BREA, CA 92821-6753
9805894        +Collection Bureau of America,    P.O. Box 5013,    Hayward, Ca 94540-5013
9805895        +DIGESTIVE HEALTH ASSOCIATES,    655 SIERRA ROSE DR.,    RENO, NV 89511-2060
9805898        +MAVERICK FINANCE,    200 E. MAIN STREET #7,    FERNLEY, NV 89408-7737
9805899        +MIDLAND FUNDING,    2365 NORTHSIDE DR. SUITE 300,    SAN DIEGO, CA 92108-2709
9805900        +MY HEARING CENTER,    1595 ROBB DR. SUITE 1,    RENO, NV 89523-3527
9805901        +National Business Factors,    969 Mica Drive,    Carson City, Nv 89705-7170
9805902        +OUTSOURCE RECEIVABLES MAN.,    P.O. BOX 166,    OGDEN, UT 84402-0166
9805903        +RENO ORTHOPAEDIC CLINIC,    555 N. ARLINGTON AVE.,    RENO, NV 89503-4724
9805904        +RENOWN HEALTH,    P.O. BOX 30006,    RENO, NV 89520-3006
9805905        +SEVENTH AVENUE,    1112 7th AVE.,    MONROE, WI 53566-1364
9805906       ++SIERRA FUNDING,    855 MAESTRO DR SUITE C,    RENO NV 89511-2383
                (address filed with court: SIERRA FUNDING,    1757 SILVERADA BLVD.,    RENO, NV 89512)
9805908        +SUMMIT COLLECTION SERVICES,    491 COURT STREET,    RENO, NV 89501-1708
9805909        +SUN LOAN,    2262 RENO HIGHWAY 'C',    FALLON, NV 89406-5601
9805910        +UNITED FINANCE,    P.O. BOX 87,    SEASIDE, OR 97138-0087
9805911        +WELLS FARGO BANK,    P.O.BOX 7148,    BELLEVUE, WA 98008-1148
9917207         Wells Fargo Bank, N.A,    P.O. Box 45038 MAC Z3057012,    Jacksonville, FL 322325038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov Apr 01 2017 01:44:02      ANTONIA G DARLING,
                 300 LAS VEGAS BLVD., SO. #4300,    LAS VEGAS, NV 89101-5803
ust            +E-mail/Text: ustpregion17.sf.ecf@usdoj.gov Apr 01 2017 01:44:03      AUGUST B. LANDIS,
                 OFFICE OF UST FOR REGION 17,    235 PINE STREET, RM 700,    SAN FRANCISCO, CA 94104-2736
ust            +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov Apr 01 2017 01:44:02      BRIAN EDWARD GOLDBERG,
                 DEPT OF JUSTICE, U.S. TRUSTEE'S OFFICE,    300 LAS VEGAS BLVD SOUTH,    LAS VEGAS, NV 89101-5833
ust            +E-mail/Text: ustpregion17.sf.ecf@usdoj.gov Apr 01 2017 01:44:03      DONNA LEE JENSEN,
                 OFFICE OF THE UNITED STATES TRUSTEE,    235 PINE STREET, STE 700,
                 SAN FRANCISCO, CA 94104-3484
ust            +E-mail/Text: USTPRegion17.RE.ECF@usdoj.gov Apr 01 2017 01:44:02      NICHOLAS STROZZA,
                 300 BOOTH ST RM 2129,    RENO, NV 89509-1328
ust            +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov Apr 01 2017 01:44:02      SCOTT ANDREW FARROW,
                 DEPT OF JUSTICE, OFFICE OF US TRUSTEE,    300 LAS VEGAS BLVD., SO.,    LAS VEGAS, NV 89101-5833
ust            +E-mail/Text: ustpregion17.sf.ecf@usdoj.gov Apr 01 2017 01:44:03      TRACY HOPE DAVIS,
                 OFFICE OF THE U.S. TRUSTEE,    235 PINE ST #700,    SAN FRANCISCO, CA 94104-2745
ust            +E-mail/Text: USTPRegion17.RE.ECF@usdoj.gov Apr 01 2017 01:44:02      WILLIAM B COSSITT,
                 U.S. TRUSTEE'S OFFICE,    300 BOOTH ST, #3009,    RENO, NV 89509-1360
9914435        +E-mail/Text: bpcsbk@gmail.com Apr 01 2017 01:44:33
                 BUSINESS AND PROFESSIONAL COLLECTION SERVICE INC.,    816 SOUTH CENTER STREET,
                 RENO, NEVADA 89501-2306
9805890        +E-mail/Text: bpcsbk@gmail.com Apr 01 2017 01:44:33       Business & Professional Coll Serv.,
                 816 S. Center Street,    Reno, Nv 89501-2306
9805891        +EDI: CAUT.COM Apr 01 2017 01:38:00      CHASE AUTO FINANCE,    P.O. BOX 29505,
                 PHOENIX, AZ 85038-9505
9856238        +E-mail/Text: bankruptcy@cavps.com Apr 01 2017 01:44:13       Cavalry Investments, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
9805896        +EDI: DCI.COM Apr 01 2017 01:43:00      DIVERSIFIED CONSULTANT,    P.O. BOX 551268,
                 JACKSONVILLE, FL 32255-1268
9805897        +E-mail/Text: bknotice@erccollections.com Apr 01 2017 01:44:08       ENHANCED RECOVERY CORP.,
                 8014 BAYBERRY RD.,    JACKSONVILLE, FL 32256-7412
9872115         EDI: CAUT.COM Apr 01 2017 01:38:00      JPMorgan Chase Bank, N.A.,    P.O. Box 29505 AZ1-1191,
                 Phoenix, AZ 85038-9505
9880423        +EDI: SECFIN.COM Apr 01 2017 01:38:00      SFC Central Bankruptcy,    PO Box 1893,
                 Spartanburg, SC 29304-1893
9805907         EDI: NEXTEL.COM Apr 01 2017 01:38:00      SPRINT,    P.O. BOX 54977,    LOS ANGELES, CA. 90054
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0978-3            User: admin              Page 2 of 2              Date Rcvd: Mar 31, 2017
                                Form ID: adindsm         Total Noticed: 39
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2017 at the address(es) listed below:
              SEAN P PATTERSON    on behalf of Debtor GAIL A. ALTHOUSE illegalpat@aol.com,
               sbcolling@gmail.com;natesppbk@yahoo.com
              WILLIAM A. VAN METER    c13ecf@nvbell.net,    wvanmeter13@ecf.epiqsystems.com
              WILLIAM A. VAN METER    on behalf of Trustee WILLIAM A. VAN METER c13ecf@nvbell.net,
               wvanmeter13@ecf.epiqsystems.com
                                                                                             TOTAL: 3
```

NVB 1017–1 (Rev. 8/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

|  |  |
|---|---|
| IN RE: | BK−16−50676−btb |
|  | CHAPTER 13 |
| GAIL A. ALTHOUSE |  |
|     aka GAIL A. TRIPLETT |  |
|  | NOTICE OF DISMISSAL; |
| Debtor(s) | NOTICE THAT ALL PENDING HEARINGS ARE VACATED |

On 3/30/17, the Bankruptcy Court for the District of Nevada entered an order dismissing this bankruptcy case. As a result, all pending hearings in the case, except any pending hearings regarding Appeals and Motions to Reconsider, are hereby vacated and will be taken off calendar without further notice. This notice does not affect the status of any adversary proceedings or any motions or matters that are pending in such adversary proceedings.

Dated: 3/30/17

*Mary A Schott*

Mary A. Schott
Clerk of Court